NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS DAVIS,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-3734
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____    )

Opinion filed November 6, 2019.

Appeal from the Circuit Court for Polk
County; Keith Spoto, Judge.

William J. Sheslow and  Gina M. Girardot
of Whittel & Melton, LLC, Spring Hill, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.



LaROSE, MORRIS, and ATKINSON, JJ., Concur.